

# NUMBER 13-19-00228-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**PLAINSCAPITAL BANK AND ALBERT CHAPA,**         **Appellants,**

**v.**

**ANDY HERNANDEZ,**         **Appellee.**

---

### On appeal from the 229th District Court
### Of Starr County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Longoria**

Appellants PlainsCapital Bank and Albert Chapa attempted to perfect an appeal from an April 17, 2019 order denying their motion to compel arbitration in cause number DC-17-712 in the 229th District Court of Starr County, Texas. On May 17, 2019, the Clerk of this Court notified appellants that it did not appear that we had jurisdiction over the appeal and requested correction of this defect, if it could be done. *See* TEX. R. APP.

P. 37.1, 42.3. The Clerk further notified appellants that the appeal would be dismissed if the defect was not corrected after the expiration of ten days from receipt of the Court's notice. Appellants have not replied to the Court's notice.

The State of Texas is divided into fourteen court of appeals districts with a court of appeals in each district. *See* TEX. GOV'T CODE ANN. § 22.201(a). "Each court of appeals has appellate jurisdiction of all civil cases within its district of which the district courts or county courts have jurisdiction when the amount in controversy or the judgment rendered exceeds $250, exclusive of interest and costs." *Id.* § 22.220(a); *see* TEX. CONST. art. V, § 6. In this case, the order appealed from was not from a district or county court in our court of appeals district. *See* TEX. GOV'T CODE ANN. § 22.201(n). Accordingly, we lack jurisdiction over this appeal. *See id.* § 22.220(a); *Kim v. State*, 181 S.W.3d 448, 449 (Tex. App.—Waco 2005, no pet.).

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a),(c). All pending motions, if any, are likewise dismissed for want of jurisdiction.

NORA L. LONGORIA
Justice

Delivered and filed the
18th day of July, 2019.